IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIANA NEMCIK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:24-cv-335<br><br>Judge Walter H. Rice<br><br>Magistrate Judge Carolyn H. Gentry |

## ORDER MODIFYING BRIEFING SCHEDULES

The Court, having considered the parties' Joint Motion to Modify Briefing Schedules, hereby ORDERS as follows:

1. The Parties' Joint Motion is GRANTED.

2. The schedule is modified, as follows:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's amended complaint | April 14, 2025 |
| Defendants' motion to dismiss | May 14, 2025 |
| Plaintiff's opposition to motion to dismiss | June 13, 2025 |
| Defendants' reply in support of motion to dismiss | June 27, 2025 |

IT IS SO ORDERED.

3-25-25
Date

Walter H. Rice
Judge Walter H. Rice

1