AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| DIANIA NEMCIK | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:24-cv-335 |
| ANCESTRY.COM INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** Judgment in favor of Defendants and against Plaintiff. The case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge WALTER H. RICE on a MOTION TO DISMISS ANCESTRYS RULE 12(B)(6) MOTON TO DISMISS.

Date: 8/5/2025

CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy